**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Theresa Peoples <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-16247 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Matteo S. Weiner, Esquire**
        Matteo S. Weiner, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734