# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

_____
:
**In re:** : **CHAPTER: 13**
:
**THERESA PEOPLES,** : **BANKRUPTCY NO. 17-16247**
:
**Debtor** :
_____ :

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Theresa Peoples, has filed an Objection to the Proof of Claim of Cascade Funding Mortgage Trust 2017-1.

Your rights may be affected. Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **February 26, 2018** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    Clerk's Office, U.S. Bankruptcy Court
    The Robert Nix Building
    900 Market Street
    Philadelphia, PA 19107

    If you mail your answer to the Bankruptcy Clerk's Office for filing, you must Mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney

    Clair Stewart, Esquire

        100 S. Broad Street #1523
        Philadelphia, PA 19110

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.     **A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on March 20, 2018 at 10:30 am in Courtroom 2, United States Bankruptcy Court, the Robert Nix Building, 900 Market Street, Philadelphia, PA 19107**. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you request a copy from the attorneys named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

Dated: February 5, 2018