**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                          :
In re:                                    :    CHAPTER: 13
                                          :
THERESA PEOPLES,                          :    BANKRUPTCY NO. 17-16247
                                          :
          **Debtor**                      :
_____ :

**AMENDED CERTIFICATE OF SERVICE**

      I, Clair M. Stewart, Esquire, attorney for Debtor, hereby certify that a copy of the foregoing Debtor's Objection to the Proof of Claim 2-1 of Cascade Funding Mortgage Trust 2017-1 was served on the date set forth below via First Class United States Mail, email and/or ECF filing upon all of the parties below:

| | |
|---|---|
| Chapter 13 Standing Trustee<br>William C. Miller, Esquire<br>1234 Market Street, Suite 1813<br>Philadelphia, PA 19107 | Matteo S. Weiner, Esquire<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106<br>bkgroup@kmllawgroup.com |
| Cascade Funding Mortgage Trust 2017-1<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, Colorado 80129 | |

Jason A. Cottrill
Authorized Agent for Specialized Loan Servicing LLC
Buckley Madole PC
PO Box 9013
Addison, TX 75001
POCInquiries@BuckleyMadole.com


Date:  February 5, 2018                            s/ Clair M. Stewart
                                                                                 Clair M. Stewart, Esquire