B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Theresa Peoples**                                                              Case No.  **17-16247**
Debtor(s)                                                                               Chapter   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **1,380.00** |
   | Balance Due | $ **3,620.00** |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **(a) Preparation and electronic filing of petition, schedules, supplemental local forms, Chapter 13 Plan and mailing matrix.**
   **(b) Drafting and mailing notice to creditors advising of filing of case, including a copy of your Chapter 13 Plan.**
   **(c) Drafting and mailing to you a letter regarding your attendance at the Section 341 meeting and your other responsibilities.**
   **(d) Preparation for and attendance at Section 341 meeting.**
   **(e) Review of order confirming plan and periodic case status reports from the Chapter 13 trustee.**
   **(f) Review of trustee's motion for allowance of claims.**
   **(g) Maintaining custody and control of case files.**
   **(h) Service of orders on all affected parties.**
   **(i) Verification of your identity and social security number.**
   **(j) Defending objections to confirmation of your Chapter 13 Plan.**

   **The base fee shall also include the following services to the extent they are requested or reasonably necessary for your effective representation:**

   **(a) ----------------------------------**
   **(b) Assumptions and rejections of unexpired leases and executory contracts.**
   **(c) Preparation for and attendance at valuation hearings.**
   **(d) Requesting copies of proofs of claim from Trustee.**
   **(e) Consultation with you regarding obtaining post-petition credit (no motion filed).**
   **(f) Calculation of plan payment modifications (no motion filed).**
   **(g) Adding creditor address to mailing matrix as necessary.**
   **(h) Responding to written creditor contacts regarding plan terms, valuation of collateral, claim amounts and the like.**
   **(i) Responding to your contacts regarding changes in your financial and personal circumstances and advising the Court and Trustee of the same.**
   **(j) Communicating with you regarding payment defaults, insurance coverage, credit disability and the like.**
   **(k) Obtaining and providing the Trustee with copies of documents relating to lien perfection issues.**

In re **Theresa Peoples**     Case No. **17-16247**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

    **(l) Notifying creditors of entry of discharge.**
    **(m) Notifying creditors by confirmation mail of alleged violations of the automatic stay.**
    **(n) Drafting and mailing letters regarding voluntary turnover of property.**
    **(o) Review of documents in relation to the use or sale of collateral (no motion filed).**
    **(p) Other routine communications with you.**
    **(q) Amendments to Chapter 13 plan pre-confirmation.**
    **(r) Drafting and filing objections to scheduled and unscheduled proofs of claim.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **(a) Abandonment of property post-confirmation.**
    **(b) Motion for moratorium.**
    **(c) Motion for authority to sell property.**
    **(d) Motion to modify plan post confirmation.**
    **(e) Motion to use cash collateral or to incur credit.**
    **(f) Defense of motion for relief from stay or co-debtor stay.**
    **(g) Defense of motion to dismiss case post confirmation.**
    **(h) Non-base fee requests.**
    **(i) Stay violation litigation, including amounts paid as fees by the creditor or other party.**
    **(j) Post-discharge injunction actions.**
    **(k) Adversary proceedings.**
    **(l) Wage garnishment orders.**
    **(m) Turnover adversaries.**
    **(n) Conversion to Chapter 7.**
    **(o) Motions to substitute collateral.**
    **(p) Motions For Discharge.**
    **(q) Any other matter not covered by the base fee.**
    **(r) Motions to transfer venue.**
    **(s) Motion to Bifurcate Joint Bankruptcy**
    **(t) Preparation and filing of proofs of claim on your behalf for your creditors.**
    **(u) Motions to avoid liens (judicial liens, tax liens, etc).**
    **(r) Post-Bankruptcy "credit scrub" to ensure accurate reporting on your credit**
    **Reports**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 4, 2018**      **/s/ Clair M. Stewart**
*Date*      **Clair M. Stewart 86967**
     *Signature of Attorney*
     **Clair M. Stewart, Attorney at Law**
     **100 S. Broad Street #1523**
     **Philadelphia, PA 19110**
     **215-564-5150  Fax: 215-405-8055**
     **clairstewart@cstewartlaw.com**
     *Name of law firm*