UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| THERESA PEOPLES, | : | BANKRUPTCY NO. 17-16247 |
| Debtor | : | |

## ORDER

WHEREAS, Counsel for Debtor, Clair M. Stewart, Esquire ("the Applicant"), filed a Disclosure of Compensation dated September 13, 2017 for legal services in the amount of $3,000.00, pursuant to Fed. R. Bankr. P. 2016(b) ("Original 2016(b) Statement").

AND, on April 4, 2018, Applicant filed an Application for Compensation and Reimbursement of Expenses (the "Application") requesting compensation in the amount of $5,000.00, which included the original base fee of $3,000.00 plus $2,000.00 for additional reasonable and necessary attorney fees;

AND, Debtor has paid Applicant $3,000.00 for attorney fees for Debtor's Chapter 13 bankruptcy;

AND, Applicant has waived any additional fees and has accepted $3,000.00 as payment in full for Applicant's legal services rendered for Debtor's Chapter 13 bankruptcy.

BY THE COURT:

_____  3/28/19
Honorable Magdeline D. Coleman