United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Theresa Peoples  
       Debtor  

Case No. 17-16247-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John            Page 1 of 1             Date Rcvd: Mar 29, 2019
                 Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
db             +Theresa Peoples,    240 Maypole Road,    Upper Darby, PA 19082-4106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2019 02:38:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
        CLAIR M. STEWART    on behalf of Debtor Theresa  Peoples clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com
        JILLIAN NOLAN SNIDER    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
        JILLIAN NOLAN SNIDER    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust bkgroup@kmllawgroup.com
        TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| | : | |
| THERESA PEOPLES, | : | BANKRUPTCY NO. 17-16247 |
| | : | |
| Debtor | : | |

## ORDER

    WHEREAS, Counsel for Debtor, Clair M. Stewart, Esquire ("the Applicant"), filed a Disclosure of Compensation dated September 13, 2017 for legal services in the amount of $3,000.00, pursuant to Fed. R. Bankr. P. 2016(b) ("Original 2016(b) Statement").

    AND, on April 4, 2018, Applicant filed an Application for Compensation and Reimbursement of Expenses (the "Application") requesting compensation in the amount of $5,000.00, which included the original base fee of $3,000.00 plus $2,000.00 for additional reasonable and necessary attorney fees;

    AND, Debtor has paid Applicant $3,000.00 for attorney fees for Debtor's Chapter 13 bankruptcy;

    AND, Applicant has waived any additional fees and has accepted $3,000.00 as payment in full for Applicant's legal services rendered for Debtor's Chapter 13 bankruptcy.

BY THE COURT:

_____ 3/28/19
Honorable Magdeline D. Coleman