# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 7 |
| Theresa Peoples | Bankruptcy No. 17-16247-mdc |
| Debtor | Hearing Date & Time: 4/24/19 at 10:30 a.m. |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that she did serve a copy of U.S. Bank National Association, as Trustee for the Tiki Series III Trust's Motion for Relief from Stay and a Notice of Hearing to Consider Motion dated March 28, 2019, upon the Debtor, Debtor's Counsel, and the Chapter 7 Trustee on March 28, 2019.  Finally, the undersigned certifies that no response was filed to the Motion for Relief.

WHEREFORE, U.S. Bank National Association, as Trustee for the Tiki Series III Trust respectfully requests this Honorable Court to enter an order granting U.S. Bank National Association, as Trustee for the Tiki Series III Trust's Motion for Relief from Stay.

Dated: 4/16/19

TUCKER ARENSBERG, P.C.

*/s/ Jillian Nolan Snider*
Jillian Nolan Snider, Esquire, 202253
1500 One PPG Place
Pittsburgh, PA 15222
 (412) 566-1212
Attorney for U.S. Bank National Association, as trustee for the Tiki Series III Trust