UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 7

Theresa Peoples                                 Bankruptcy No. 17-16247-mdc

    Debtor

ORDER OF COURT

AND NOW, to-wit, this 25th day of April, 2019, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee for the Tiki Series III Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank National Association, as Trustee for the Tiki Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located 240 Maypole Road, Upper Darby, PA 19082, as provided under the terms of the mortgage documents ~~including actions that may or will divest debtor's rights and interests in the property~~.

BY THE COURT:

_Magdeline D. C_____
United States Bankruptcy Judge