United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16247-mdc
Theresa Peoples                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Apr 26, 2019
                              Form ID: pdf900         Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db            +Theresa Peoples,    240 Maypole Road,    Upper Darby, PA 19082-4106
cr            +Cascade Funding Mortgage Trust 2017- 1,    14841 Dallas Parkway Suite 300,
               Dallas, Tx 75254-7883
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 27 2019 02:42:59      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2019 02:42:29
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2019 02:42:40      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bknotices@snsc.com Apr 27 2019 02:43:09
               U.S. Bank Trust National Association, as Trustee o,     c/o SN Servicing Corporation,
               323 5th Street,    Eureka, CA 95501-0305
14161126      +E-mail/Text: bknotices@snsc.com Apr 27 2019 02:43:09      US Bank Trust National Association,
               c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              CLAIR M. STEWART    on behalf of Debtor Theresa  Peoples clairstewart@cstewartlaw.com,
               clairstewartecfmail@gmail.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
               of the Bungalow Series III Trust jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
               of the Tiki Series III Trust jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 7

Theresa Peoples                                           Bankruptcy No. 17-16247-mdc

    Debtor

ORDER OF COURT

AND NOW, to-wit, this 25th day of April, 2019, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee for the Tiki Series III Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank National Association, as Trustee for the Tiki Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located 240 Maypole Road, Upper Darby, PA 19082, *as provided under the terms of the mortgage documents* ~~including actions that may or will divest debtor's rights and interests in the property~~.

BY THE COURT:

_Magdeline D. C_____
United States Bankruptcy Judge