United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16247-mdc
Theresa Peoples                                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: May 06, 2019
                              Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
db          +Theresa Peoples,    240 Maypole Road,    Upper Darby, PA 19082-4106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
      CLAIR M. STEWART    on behalf of Debtor Theresa  Peoples clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com
      JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
      JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for WV 2017-1 Grantor Trust bkgroup@kmllawgroup.com
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Theresa Peoples  : Case No. 17−16247−mdc

      Debtor(s)

***ORDER***
_____

AND NOW, this day , May 6, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

74
Form 195